# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 117-062 |
| FIROZ M. PATKA, M.D., ANDREA CHANCEY, JOHN W. FARRIOR, SR., and WILLIAM PANERAL, | * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is a notice of dismissal by the United States of America as to Defendant Andrea Chancey pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 10.) Accordingly, all claims against Defendant Andrea Chancey shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **REMOVE** Andrea Chancey as a party to this case.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of June, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA