IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 117-062 |
| FIROZ M. PATKA, M.D., JOHN W. FARRIOR, SR., and WILLIAM PANERAL, | * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is a notice of dismissal by the United States of America as to Defendant William Paneral pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 16.) Accordingly, all claims against Defendant William Paneral shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **REMOVE** William Paneral as a party to this case.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA