IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FIROZ M. PATKA, M.D., and JOHN W. FARRIOR, SR.,

    Defendants.

CV 117-062

**O R D E R**

**IT IS ORDERED** that lead counsel for the parties in the captioned case are instructed to meet and confer, in person, and prepare and file with the Clerk of this Court a joint <u>consolidated</u> proposed pretrial order. The proposed pretrial order shall be filed by the close of business on **April 20, 2018**. Counsel for <u>Plaintiff</u> shall have the responsibility to initiate compliance herewith.

The form of the proposed pretrial order can be located at the Court's website <u>www.gasd.uscourts.gov</u> under "Forms" > "Civil Forms" > "Consolidated Pretrial Orders - Other Judges." A party's failure to comply with the requirements of this Order may result in dismissal of the complaint or answer or in other sanctions determined appropriate by the Court. The Court will not accept for filing any proposed pretrial order prepared only from telephone conversations. The proposed pretrial order shall include a

paragraph stating the date and location of the meeting, the duration of the meeting and the names of all counsel or parties participating. Proposed pretrial orders which are not consolidated (proposed jointly) will not be accepted for filing without the written permission of the Court. If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements of this Order in the same manner as counsel.

All evidentiary objections and motions in limine that have not been resolved prior to the pretrial conference shall be submitted in writing by the close of business on **May 4, 2018**. All responses thereto shall be submitted by the close of business on **May 18, 2018**.

The Clerk of this Court has scheduled the pretrial conference for **Wednesday, May 30, 2018** at **10:00 a.m.** in Augusta, and jury selection and trial assignment is scheduled for **Monday, June 4, 2018** at **9:00 a.m.** At the pretrial conference, the Court will take up any pending motions and will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (in digital format) and an exhibit list <u>must</u> be provided to the Court at the pretrial conference. Lead counsel for each party <u>must</u> attend the pretrial conference.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA