IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * CV 117-062 |
| FIROZ M. PATKA, M.D., ANDREA CHANCEY, JOHN W. FARRIOR, SR., and WILLIAM PANERAL, | * |
| Defendants. | * |

## ORDER

Before the Court is a "Joint Stipulation of Dismissal as to Defendant John Farrior" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 23.) Accordingly, all claims against Defendant John W. Farrior, Sr. shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **REMOVE** John W. Farrior, Sr. as a party to this case.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA